# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
NOV 21 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tony L. Webster,

         Plaintiff

vs.

Doctor Georsi
Nurse Hannah
Nurse Jessica
Jeffery Lower
Stacey Kempt
Mike Harper

         Defendant(s)

Case No. _____
*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

[X] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Tony. L. Webster

Prison Identification Number: I.D 17312    Booking 38765

Current address: 101 S. capitol
Pekin, IL, 61554

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Doctor Georsi

Current Job Title: Tazewell county DOCTOR

Current Work Address: 101 S capitol
Pekin, IL, 61554

Defendant #2:

Full Name: Hannah Nurse

Current Job Title: Tazewell county jail nurse

Current Work Address: 101 S Capitol ST
Pekin IL 61554

Defendant #3:

Full Name: Jessica Nurse

2

Current Job Title: Tazewell County Jail nurse

Current Work Address: 101 S Capital St
Pekin IL 61554

Defendant #4:

Full Name: Jeffery Lower

Current Job Title: Tazewell County Sheriff

Current Work Address: 101 S Capitol St
Pekin IL 61554

Defendant #5:

Full Name: Stacey Kempf

Current Job Title: Superintendent Tazewell County Jail

Current Work Address: 101 S Capitol St
Pekin IL 61554

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? __2__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
   _officer Williams case 22-1164 / tower et all case 1:22-cv-01013_
2. Basic claim made _brock Thumb by c/o / brock hand by a officer_
3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _still Pending The court found meriet in The case's_

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Tazewell County Justice Center

Date(s) of the occurrence  10/30 - 11/4/2022

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

→ ① On 10/30/22 @ 11:30 am I had a situation w/ Detainee Troy Johnson then threw a hot coffee in my face at which point the cup broke in my face.. I have a report from officer Bauer (Exibit E · 2pn) Officer Vonderhide (Exibit F)

→ ② The hot water urn at Tazewell County Jail thats in the pod is made by the Bunn Corporation and the water comes out at 200°F. It was thrown into my face and eye Burnt me (Exibit D-2)

→ ③ On 10/30/2022 @ 12:40 pm I told nurse hannah I need to see a doctor and I feel like there is something in my eye my vision is blurry and my eye and face are in pain. She didn't look into my eye, she gave me drops and sent me back to my pod without seeing a doctor

→ ④ On 10/30/22 12:40 pm nurse Hannah called Dr George and told her what happened. She didn't come to see me at all that day. I told nurse hannah I need to see a Doctor or specialist for eye she said no. (Exibit G)


→ 5) On 11/1/22 @ 7:45 I told nurse hannah I have something in my eye, I think its "plastic". I can feel it rubbing in my eye. Again she didn't look into my eye. (Exibit H)

→ 6) On 11/1/22 @ 7:45 I told nurse hannah I need to see a doctor. She said I was on the list. I told her I need to see one Today my eye is in pain. I can not see at all and my eye is twitching and throbbing bad. She said no you are not seeing an eye specialist. You're on the list to see Dr George. She walked of after I told her I have something in my eye, again not looking (exibit I)

→ 7) On 11/2/22 I have yet to see a doctor, nor recieve any any help w/ my eye. My eye is still throbbing and twitchin also still in pain, badly. I told the pod officer I need to see a doctor, they told me to fill out patient health services request form

→ 8) On 11/2/22 I told the nurse I'm in pain, and I am having trouble seeing and that I need to see a "doctor" or "specialist". The nurse said no, you are on the list, she will be here soon. I told her that the drops are not working, I feel like there is something in my eye. She said you just had hot coffee thrown in your eye/face, you will feel like this Tony I told her This is Bull Shit That is when The officer Told me to walk a way. I got no Help at all

→ ⑨ on 11-3-22 7:00 AM The "plastic" was Rubbing in my eye upper and lower eyelids swollen me eye I'm beging The Nurse Hannha to Help me. She Told me to go way. I Told her I need a Doctor right now. I Told her you are not going to be happy to I loose my eyesight I need Help my face got Burnt with Hot water 200°F and my eye as well "day 5" No Help "Doctor" or "Specialst,"

→ ⑩ on 11-4-22 11:00 AM on day 6 I Just seen The Doctor Georsi all she did is Talk down to me I Told her I have something in my eye she said you have Pink eye. She did not want to look in my eye at all I have to beging her to look over and over when she look she know I was not Pink eye she did nuting act like she did not see in my eye. I know she know she lie to me. She send me back to the stall to B-pod with no Help (Exibit K)

→ ⑪ on 11-4-22 11:30 AM when I left medical No Help from The Doctor Georsi at all. She Just Talk down to me. I had to go get a commander carney in has office on The way back to The pod it is on Body camera on 11-4-2 at 11:25 to 12:00 Pm When I was in I had to beging officer carney for Help to see in my eye he Told me he is not a Doctor I Told him The Doctor Georsi do not want to Help me at all. I Tell commander carney Please Help Just look in my eye you will see it and he did see The "Plastic" in my eye. Told me to get up we are go back to medical right now. That is how I got Help. It took 6 day for Help!

6

⑫ On 11-4-22 I was finally Transfered to unity Point Emergancy room @ 600 S 13th street Pekin IL, 61554 By c/o Slaven where The ER Doctor found a foreign body of Plastic in my eye

⑬ Finally enclosed is medical and detainee request forms as I beg for help from 10-30-22 to 11-4-22 and being denied for Help for 6 day (Exibit G-1-4)

⑭ When I was denied by a Nurse to see a Doctor for day's I had to write a request form to a commander be I am in Their Care I need Help I was denied in stead of a commander to responded it was, Nurse Jessica responded To The request form. The commander Push it off to The Nurse I got Not Help from commander at The Jail

⑮ When I Talk to a commander (stanton) About the Doctor I Told Them I Need Help I Need to See a Doctor to day. They Told me you can Not See a New Doctor becaus we have a contract with There Doctor Georsl I had to wait for her to come back to The Jail. 6 day with No Help

⑯ The officer and command all have body camera on at all Time There is camera in medical Show you eveying Negligene and deliberate Indifference The camera do Not lie. I Tell The Jail to save The footag for the court to see... (Exibit 1-6)

6

(17) All of my request's for The body cam's and video footge have been denied due to (security risk) They say but I Tell Them to save it for The court to see. The Tazewell county is removing the footage go a away They know The camera do not lie (Exibit-F  Exibit-J-1-7

(18) In "page 1" of Detainee hand book in Detaince rights Part 1. Says I have the right to recieve fair and human Treatment.. "Part 4" I have the right to adequate medical dental and Mental health care (Exibit-T

(19) camer's aren't Just for their protetecion They are for detainee's Protection also and all c/o Tazewell county Jail have Them on 24/7 it will show you How The Doctor and nurse Talk down to me and Show How They do not want to Help me it will show "Negligence Big Time." and Tazewell county Sheriff's office They are camera all over The Jail in medical and in The Hallway and body camera all officer have Them on. They are Telling me The document not existing That is a lie The sheriff office are makeing my evidence go way for The court not to see They have Them... Exibit-F  Exibit-J-1 Exibit-J-2  Exibit-J-3  Exibit-J-4  Exibit-J-5 Exibit-J-6  Exibit-J-7 )

RELIEF REQUESTED

(State what relief you want from the court.)

→ Compensation from "Tazewell county sheriff" "Jeffery Lower" and "Stacey Kempf" and "Mike Harper" Negligence Pain and suffering for Plastic being stuck in my eye 6 day I was tell Them I need Help They did Nothing I was in There care for day Tell Them I Need Help.
→ Compensation for The Stress for day ask for Help not getting it I couldn't Help my self with The Plastic in my eye
→ Compensation messing with Pending lawsuit "evidence" footage body camer and voice in The Jail. My relief is $200,000.00

JURY DEMAND    Yes ☑    No ☐

Signed this ___11___ day of __November__, 20_22_.

_(Signature of Plaintiff)_

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Tony Webster | 17312 |
| Address: 101 S Capitol St Pekin IL 61554 | Telephone Number: 870-314-2926 |

8

*Doctor Georsi*
*Nurse Hannah*
*Nurse Jessica*

RELIEF REQUESTED

(State what relief you want from the court.)

compensation for the negligence and pain and suffering for plastic being stuck in my eye for 6 days

compensation for the stress ~~[redacted]~~ for not Help me with "Plastic" in my eye I could not Help me self for day's

Partial loss of vision, pain, suffering and medical bills in the amount of $350,000.00

JURY DEMAND    Yes ☒    No ☐

Signed this __11__ day of __Novemver__, 20__22__.

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Tony Webster | 17312 |
| Address: 101 S Capitol St  Pekin IL  61554 | Telephone Number: 870-314-2926 |

8