E-FILED
Monday, 21 November, 2022 03:43:10 PM
Clerk, U.S. District Court, ILCD

Exibit G

Physician's Ord

Webster tony 8/16/86

ALLERGIES

Physician:

Date & Time. [illegible]

10/30/22 - N.O. rec'd - (1) Artificial tears 2 drops to each eye BID x 7 days - (2) Cipro eye drops 0.3% 1 drop to each eye BID x 7 days TORB

~~10/30/22 N.O. [illegible]~~ error

10/30/22 - Nurse Asked Dr Leonsi if she wanted detainee sent to ER for eval - even though his eye was observed to have no foreign object. No redness at time of incident and Ø c/o pain - Dr Leonsi stated no and stated to continue above order TORB

LG

Exhibit H

# Nurses Notes

Patient Name: Webster, Tony — 8/16/81

ALLERGIES

Date/Time | Comments:

10/30/22 - 1240p - continued - vision to (L) eye ~~still~~ also feels like "sand" in outer corner to (L) eye - states cup may have grazed his eye - No redness seen - He is unable to explain the blurriness to (L) eye besides saying "blurry" - Dr Leersi notified - Await response - Command moved Inmate back up to B-pod - As he walked c̄ officer appears to see while walking - Will await orders from Dr Leersi

10/30/22 - 1400p - New orders rec'd from Dr Leersi - Start Artificial tears 2 drops to each eye BID x 7 days - Cipro opthalmic sol 0.3% - 1 drop to both eyes BID x 7 days. TO Dr Leersi

10/30/22 - 1730p - During HS med pass I observed detainees face/eyes - No redness to face or neck - (L) eye appears red at this time. Detainee is able to move eye WNL. No bulging of eye noted. He requested to see an "eye specialist" I notified him he would follow - continued

Exhibit I

# Nurses Notes

Patient Name: Webster Tony

Patient Number | Booking Number | 8/16/86

ALLERGIES

| Date/Time | Comments: |
|---|---|
| 10/30/22 | 1730p - Continued - up with Dr leensi at clinic - she would determine what follow up was needed. He applied eye drops to eye without difficulty. |
| 11/1/22 | 0745A - at A.M. med pass today I observed detainees (L) eye - eye appears red. Pupils reactive to light - No bulging of eye. No drainage noted or complained of. (R) eye clear - No issues noted. Skin surround (L) eye has no redness or discoloration. Detainee claims he has "plastic" from (the plastic cup he states was thrown at his eye) in his eye or behind his eye. I remind him that post incident we flushed his eye out - And he may have other issues besides a foreign body - he needed to see Dr leensi - He demanded to go to "eye specialist" today - He claims to have (L) eye pain - twitching - and throbbing. Dr leensi notified - Will see him at clinic - continue using eye drops |

© 2017 Correct Care Solutions

# Nurses Notes

Webster, Tony 8/16/86

ALLERGIES

Date/Time Comments:

10/30/22 - B/P 131/81 P 109 R. 20 T 97.3 - At approx 11:50 A - Detainee brought down to medical by command staff Harper and officer Clark - detainee sat in exam room - vitals taken. He was telling command what had happened - He stated another inmate started a fight and threw coffee in his face - I noted coffee on detainee's forehead and his (L) pant leg was wet in spots c̄ coffee - I cleansed detainee's face c̄ N.S. Also flushed his eyes - both eyes - with artificial tears. No redness noted to face or neck - No redness to either eye. No c/o pain or discomfort - No c/o blurry vision. Pupils equal & reactive to light - neuro V's WNL - A&O x3 - Gait steady - QSOB Resps even & unlabored. Dr Lears notified - Awaiting Dr Lears's response -

10/30/22 - 12:40p - Detainee in med cell 1 - He is now stating that he is having "blurry" Continued -

# Nurses Notes

Patient Name: Tolbton, Tony    Patient Number: 10/31/22    Housing Number: 8-16-86

ALLERGIES

| Date/Time | Comments: |
| --- | --- |
| 10/31/22 1500 | F/u c I/M @ medpass. Edu provided on healing process. Continue all drugs as ordered. F/u c Dr on next visit. |
| 11/2/22 1700 | F/u c I/M, pt encouraged to cont. meds, warm compress for comfort. Pt reassured that Dr will f/u next clinic day. |

© 2007 Correct Care Solutions LLC

# Nurses Notes

Webster, Tony

ALLERGIES

Date/Time | Comments:

11/3/22 - 0715A - Detainee to med cart this morning for A.M. med pass - I observed his eye being extremely red today. On tuesday 11-1-22 at HS med pass I noted that his eye was a very light pink - appeared to be healing with treatment - stated to detainee that his eye appeared to be healing and that was very good. He stated that his eye was "not" healing. Today his eye is blood red - not only the sclera is red, but conjunctiva, lacrimal caruncle and upper/lower eyelids surrounding his (L) eye - None of these areas besides sclera was red prior to today - I asked him why his eye was worse today when it was so close to being resolved tuesday evening. He said "I dunno but I'm going to loose my eyesight" It is my belief that he is manipulating his eye, causing redness and possible irrepairable damage. He has already threatened lawsuit - Contd -

Nurses Notes

Webster, tony

ALLERGIES

Date/Time | Comments:

11-3-22 - 0715A - continued - I notified commanders Harper and Stanton of my suspicions of detainee injuring his eye further. I also notified DJS Harper as well Dr Leersi has been notified that detainees (L) eye is now worse than Tuesday - Also Detainee is on Dr List for 11/4/22, Friday, for Clinic visit with Dr Leersi. Dr Leersi stated to continue c̄ current eye drops and clinic visit. No further orders at this time. Detainee notified and notified to keep hands and fingers away from eye - not to rub eye with anything. He verbalized understanding

11/3/22 - 0830A - Detainee continues to complain that he has to wait for Dr to return from vacation - and that a nurse told him that - He was not able to tell me what nurse told him this - Also he was advised - Dr Leersi was not on vacation. All nurses have stated this is not info that was given by medical to this detainee

UnityPoint Health
Pekin

# AFTER VISIT SUMMARY

Tony L. Webster MRN: 96919450 11/4/2022 PPK Emergency Department 309-353-0430

## Instructions

**Your medications have changed today**

**Continue your home medications as you were prior to this Emergency Department visit unless they are specifically mentioned below.**

**Read the attached information**

1. Conjunctivitis (English)
2. Foreign Body in the Eye (English)

**Pick up these medications at WALGREENS DRUG STORE #04732 - PEKIN, IL - 2020 COURT ST AT SWC SUNSET & COURT**

ibuprofen (2 prescriptions) • sulfacetamide

Address: 2020 COURT ST, PEKIN IL 61554-5215
Hours: 24-hours
Phone: 309-347-5589

## What's Next

You currently have no upcoming appointments scheduled.

## Today's Visit

You were seen by Dr. J Hubler, MD

**Reason for Visit**

Eye Trauma

**Diagnoses**

- Foreign body of left eye, initial encounter
- Conjunctivitis of left eye, unspecified conjunctivitis type

**Medications Given**

fluorescein Last given at 12:43 PM

Blood Pressure 150/93

Weight 200 lb

Temperature (Oral) 98.1 °F

Pulse 108

Respiration 18

Oxygen Saturation 100%

# Medication List

## START taking these medications

*** ibuprofen** 800 MG tablet
Quantity: 30 tablet
Refills: 0
Take 1 (one) tablet by mouth every 6 (six) hours as needed for Pain.

*** ibuprofen** 800 MG tablet
Quantity: 14 tablet
Refills: 0
Take 1 (one) tablet by mouth every 6 (six) hours as needed for Pain.

**sulfacetamide** 10 % ophthalmic solution
Quantity: 10 mL
Refills: 0
Commonly known as: BLEPH-10
Place 2 (two) drops into the left eye every 3 (three) hours for 5 days.

Medication List (continued)

START taking these medications (continued)

* This list has 2 medication(s) that are the same as other medications prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

# Where to Get Your Medications

These medications were sent to WALGREENS DRUG STORE #04732 - PEKIN, IL - 2020 COURT ST AT SWC SUNSET & COURT

2020 COURT ST, PEKIN IL 61554-5215

Hours: 24-hours

Phone: 309-347-5589

- ☐ ibuprofen 800 MG tablet
- ☐ ibuprofen 800 MG tablet
- ☐ sulfacetamide 10 % ophthalmic solution

## Allergies as of 11/4/2022

No Known Allergies

## ED Medication Administration from 11/04/2022 11:59 AM to 11/04/2022 1:20 PM

| Date/Time | Order | Dose | Route | Action | Action by |
|---|---|---|---|---|---|
| 11/04/2022 12:43 PM CDT | **fluorescein ophthalmic strip** | 1 strip | Both Eyes | Given | LO |

## Immunizations Administered on Date of Encounter - 11/4/2022

None

## MyUnityPoint

**How Do I Sign Up?**

1. In your Internet browser, go to **Chart.MyUnityPoint.org** and click on the **"Sign up Now"** button.
2. Enter your MyUnityPoint Activation Code exactly as it appears below. You will not need to use this code after you have completed the sign-up process.

   **MyUnityPoint Activation Code: 3JB5R-V4TV5-BR2W4**

   **Expires: 2/2/2023 1:20 PM**
3. If your activation code has expired, use the "***click here to register***" button and complete the MyChart access request form.
4. Once your account has been activated, download the MyChart app for access to your health information on any device.

Remember, MyUnityPoint is **NOT** to be used for urgent needs. For medical emergencies, dial **911**.

**MyUnityPoint Website or MyChart App Questions**

If you have questions about the MyUnityPoint activation process, please call (877) 224-4430 or you can email MyUnityPointSupport@unitypoint.org. MyUnityPoint Support is available Monday through Friday 8am-5pm CST.

**UnityPoint Health**
PPK Emergency Department
Phone: 309-353-0430
600 S 13th Street
Pekin IL 61554

Patient Name: Tony L Webster DOB: 08/16/1986
Address: 101 S Capitol Street
PEKIN IL 61554
Home phone: 309-642-2857

Start Date: Nov 4, 2022 Date Printed: Nov 4, 2022

**Rx: sulfacetamide (BLEPH-10) 10 % ophthalmic solution**
Security ID: 537900524 Order Reference:

Qty: **10 (Ten) mL** Refill: **0 (Zero)** DAW?: No

**Directions: Place 2 (two) drops into the left eye every 3 (three) hours for 5 days.**

**Notes to Pharmacy:**

**Associated Dx:**

Electronically Signed by: James Hubler, MD
DEA: BH5984542 NPI: 1861428492

Security features: Invalid unless watermark/background appear on paper.

**UnityPoint Health**
PPK Emergency Department
Phone: 309-353-0430
600 S 13th Street
Pekin IL 61554

Patient Name: Tony L Webster DOB: 08/16/1986
Address: 101 S Capitol Street
PEKIN IL 61554
Home phone: 309-642-2857

Start Date: Nov 4, 2022 Date Printed: Nov 4, 2022

**Rx: ibuprofen 800 MG tablet**
Security ID: 537900525 Order Reference:

Qty: **14 (Fourteen) tablet** Refill: **0 (Zero)** DAW?: No

**Directions: Take 1 (one) tablet by mouth every 6 (six) hours as needed for Pain.**

**Notes to Pharmacy:**

**Associated Dx:**

Electronically Signed by: James Hubler, MD
DEA: BH5984542 NPI: 1861428492

Security features: Invalid unless watermark/background appear on paper.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

Tear off and discard.
This section is VOID.

86

Exhibit L-1

11/04/22 13:23:23 UnityPoint :alth -> 3094785650 .tyPoint Health | Page 002

▓▓ UnityPoint Health
▓▓ Pekin

PPK EMERGENCY
DEPARTMENT
600 S 13TH STREET
PEKIN IL 61554

**Tony L Webster**
MRN: 96919450
DOB: 8/16/1986, Sex: m
Encounter Date: 11/4/2022 1220

---

**ED Provider Notes by James Hubler, MD at 11/4/2022 1:20 PM**

| | | |
|---|---|---|
| Author: James Hubler, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 11/4/2022 1:22 PM | Date of Service: 11/4/2022 1:20 PM | Status: Signed |
| Editor: James Hubler, MD (Physician) | | |

Chief Complaint: Eye Trauma
Subjective
HPI

Patient is a 36-year-old male inmate who someone hit him in the face with a coffee cup which was plastic and it broke. He feels like there is a piece of plastic in his eye. He has now some blurred vision. This happened on Sunday today is Friday. No other complaints. No fever no yellow discharge. No headache. No other trauma

No past medical history on file.
History reviewed. No pertinent surgical history.
No family history on file.
Social History

Tobacco Use

- Smoking status:       Some Days
       Packs/day:       1:00
       Types:           Cigarettes
- Smokeless tobacco:   Never

Substance Use Topics

- Alcohol use:          Yes
- Drug use:             Yes
       Types:           Methamphetamines, Marijuana, Cocaine

No Known Allergies
Review of Systems
Constitutional: Negative for appetite change, chills, fatigue and fever.
HENT: Negative for congestion, facial swelling, sore throat and trouble swallowing.
Eyes: Positive for pain, redness and visual disturbance.
Respiratory: Negative for cough, chest tightness, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal distention, abdominal pain, constipation, diarrhea, nausea and vomiting.
Endocrine: Negative for polydipsia and polyphagia.
Genitourinary: Negative for decreased urine volume, dysuria, frequency and urgency.
Musculoskeletal: Negative for arthralgias, back pain, myalgias, neck pain and neck stiffness.
Skin: Negative for color change and rash.
Neurological: Negative for dizziness, seizures, syncope, speech difficulty, weakness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for confusion. The patient is not nervous/anxious.
All other systems reviewed and are negative.

Webster, Tony L (MR # 96919450)                                                Page 1 of 3

Exhibit L-2

Objective

Vitals

ED Triage Vitals [11/04/22 1226]
BP: (!) 150/93
Heart Rate: 108
Respiratory Rate: 18
Temp: 36.7 °C (98.1 °F)
Temp src: Oral
SpO2: 100 %
Weight: 90.7 kg (200 lb)
Height: 1.727 m (5' 8")

**Physical Exam**

Constitutional:
Appearance: Normal appearance.

Eyes:
Pupils: Pupils are equal, round, and reactive to light.
Comments: **Slit-lamp exam on 2 separate occasions were performed. 1 before 1 after pain medication. Lid was everted. A very small foreign body of plastic was removed. Fluorescein stain revealed no scratch. Conjunctiva were very injected particularly on the lower part. There is no corneal abrasion that I can see with fluorescein stain.**

Skin:
General: Skin is warm and dry.

Neurological:
General: No focal deficit present.
Mental Status: He is alert.

Psychiatric:
Mood and Affect: Mood normal.

Results Review

Assessment

Medical Decision Making

Medications

proparacaine (ALCAINE) 0.5 % ophthalmic solution (has no administration in time range)
fluorescein ophthalmic strip (has no administration in time range)
fluorescein ophthalmic strip (1 strip Both Eyes Given 11/4/22 1243)

Exibit L-5

Impression

1. **Foreign body of left eye, initial encounter**
2. Conjunctivitis of left eye, unspecified conjunctivitis type

Plan

Disposition: Discharge

**New Prescriptions**

| | |
|---|---|
| IBUPROFEN 800 MG TABLET | Take 1 (one) tablet by mouth every 6 (six) hours as needed for Pain. |
| Start Date: 11/4/2022 End Date: -- | |
| Order Dose: 800 mg | |
| Quantity: 30 tablet | Refills: 0 |
| IBUPROFEN 800 MG TABLET | Take 1 (one) tablet by mouth every 6 (six) hours as needed for Pain. |
| Start Date: 11/4/2022 End Date: -- | |
| Order Dose: 800 mg | |
| Quantity: 14 tablet | Refills: 0 |
| SULFACETAMIDE (BLEPH-10) 10 % OPHTHALMIC SOLUTION | Place 2 (two) drops into the left eye every 3 (three) hours for 5 days. |
| Start Date: 11/4/2022 End Date: 11/9/2022 | |
| Order Dose: 2 drops | |
| Quantity: 10 mL | Refills: 0 |

**Additional Documentation**

Procedures

James Hubler, MD
11/04/22 1322

Exhibit K

# Physician's Orders

Webster, Tony

ALLERGIES

Physician:

Date & Time. Another brand of drug identical in content may be dispensed unless checked.

error seen on 11/4/22 (Friday)

11/3/22 S: pt had coffee cup thrown into left eye. was started on drops immediately after eye was rinsed.

PE: EOMI intact - PERRLA No hyphema noted

A/P:

1. CORNEAL ABRASION: Resume artificial TEARS

→ is constantly scratching his eye.

## INTRODUCTION

The Tazewell County Justice Center Facility operates on two (2) key rules:

1. Staff and detainees work and live in a **safe environment.**
2. The Jail Superintendent expects **good adult behavior and common sense** from the detainees.

- The TCJC Facility will provide you with a safe living space during your time here.
- Your duties during your stay are to follow the rules and regulations and to cooperate with staff at all times.
- Good behavior allows you to have privileges.
- Bad behavior causes you to lose those privileges and will result in disciplinary action and /or criminal charges.
- The information contained in this handbook will help you during your incarceration.

## DETAINEE RIGHTS

1. You have the right to receive fair and humane treatment.
2. You have the right to know the Rules and Procedures (i.e. commissary, housing unit, mail, visiting, etc.) that affect you, and the penalties for not following the rules.
3. You have the right to freedom of religion.
4. You have the right to adequate medical, dental, and mental health care.
5. You have the right to adequate nutrition.
6. You have the right to correspond with all persons and agencies, unless legally limited.
7. You have the right to reasonable visitation and telephone contact with your attorney(s).

Your rights are protected by law and cannot be taken away from you. However, it may be necessary to modify your rights to ensure the rights of all detainees and the safety and security of the TCJC Facility.

All services and functions not listed, as Detainee Rights are Detainee Privileges. You are able to keep your privileges by having good behavior. You having bad behavior will result in you losing your privileges.

## EXPECTED DETAINEE BEHAVIOR

You are expected to follow our rules, regulations and behavior guidelines while you are in the TCJC Facility. We expect that you will:

1. Follow all rules and regulations.
2. Follow all staff directives and requests.
3. Respect the TCJC Facility's property and the property of others.
4. Keep your assigned cell and common pod area in a clean, orderly, and sanitary fashion.
5. Maintain daily personal hygiene: shower daily before 9:00 am and brush your teeth after each meal.

## NO SMOKING

1. The TCJC Facility is a completely smoke free Facility. The **No Smoking** policy applies to all visitors, and detainees.
2. This includes the use of **all** tobacco products, which also includes chewing tobacco and snuff.
3. Anyone found with any type of tobacco product is subject to disciplinary actions.

**PATIENT HEALTH SERVICES REQUEST FORM – WITH CO-PAY**

Name/ Nombre Tony Webster Date of Birth/ Fecha de Nacimieto 8-16-86

Book- in # 38765 Housing Unit/ Unidad E-pod Cell Celda # 34

**Check only one box per slip**

☐ Sick Call : Describe Problem / Especifique el Problema ☐ Dental Treatment / Tratamiento Dental

☐ Mental Health / Tratamiento Mental

It is Not ok at all I Need Help! you ale tell me Im on the lista T.C.T.C to see your Doctor But She is on Vacation I Just got Hot Hot coffee was Thrown in my face 2 day ago on 10-30-22 I Need a Specialist or Doctor to day for my eye. My vision is very Blurry I can Not see out of my eye and Muscle spasm and much Pain. I need my eye to work I need Help. I can not wait [illegible] your Doctor come [illegible] vacation [illegible] I had the Hot coffee was Thrown in my face

*******I understand and agree that a clinic fee may be charged to my account for this visit*******

[signature] 11-1-22 3:35 PM

Patient Signature / Firma — Date/ Fecha — Time/ Hora — AM/ PM

**Health Care Staff Triage**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | Health Care Staff [initials] | Date | 11/1/22 | Time | 1700p | [initials] |
| ☐ | Referral to provider | | | | | |
| ☐ | Urgent, called provider | Date | | Time | | See Detailed Disposition |
| ☐ | Next provider sick call | | | | | |
| ☐ | Referral to next nurse sick call | | | | | |
| ☐ | Referral to dentist | | | | | |
| ☐ | Referral to mental health | | | | | |
| ☐ | Other | | | | | |
| ☐ | If no referral, why? | | | | | |

Detailed disposition or comments Documentation already on sick call request form on 11/1 HC sec [illegible]

[signature] 11-1-22

Health Care Staff Signature & Title — Date — Time

Exibit C-2

**PATIENT HEALTH SERVICES REQUEST FORM – WITH CO-PAY**

**Name/ Nombre** Tony Webster **Date of Birth/ Fecha de Nacimieto** ____

**Book- in #** 38765 **Housing Unit/ Unidad** B-pod **Cell Celda #** 34

**Check only one box per slip**

☐ Sick Call : Describe Problem / Especifique el Problema ☐ Dental Treatment / Tratamiento Dental

☒ Mental Health / Tratamiento Mental

I hot boiling hot water thrown
in my face my eye is bulging and
I can't see out of it. I need to see
a specielist I think I have nerve damage
in my eye and Twitching

*****I understand and agree that a clinic fee may be charged to my account for this visit*****

[signature] 10-31-22 6:30 A.M

Patient Signature / Firma Date/ Fecha Time/ Hora AM/PM

**Health Care Staff Triage**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Health Care Staff | Date | 10-31-22 | Time | 0630 |
| ☐ | Referral to provider | | | | |
| ☐ | Urgent, called provider | Date | | Time | See Detailed Disposition |
| ☐ | Next provider sick call | | | | |
| ☐ | Referral to next nurse sick call | | | | |
| ☐ | Referral to dentist | | | | |
| ☐ | Referral to mental health | | | | |
| ☐ | Other | | | | |
| ☐ | If no referral, why? | | | | |

Detailed disposition or comments Will put on MH list

[signature] 10/31/22 [illegible]

Health Care Staff Signature & Title Date Time

Exibit L-5

## PATIENT HEALTH SERVICES REQUEST FORM – WITH CO-PAY

Name/ Nombre [illegible] Date of Birth/ Fecha de Nacimieto [illegible]

Book- in # [illegible] Housing Unit/ Unidad [illegible] Cell Celda # [illegible]

**Check only one box per slip**

☒ Sick Call : Describe Problem / Especifique el Problema ☐ Dental Treatment / Tratamiento Dental

☐ Mental Health / Tratamiento Mental

[illegible] I WAS [illegible] [illegible] [illegible] OF MY LEFT EYE. [illegible] DONT FEEL [illegible] WAS THROWN IN MY FACE [illegible] MY VISION IS VERY [illegible]

*****I understand and agree that a clinic fee may be charged to my account for this visit*****

| Patient Signature / Firma | Date/ Fecha | Time/ Hora | AM/ PM |
|---|---|---|---|
| [illegible] | 10-31-22 | 3:50 | PM |

**Health Care Staff Triage**

| | | | | | |
|---|---|---|---|---|---|
| ☒ | Health Care Staff | Date 10/31/22 | Time | 1700 | [illegible] |
| ☐ | Referral to provider | | | | |
| ☐ | Urgent, called provider | Date | Time | | See Detailed Disposition |
| ☐ | Next provider sick call | | | | |
| ☐ | Referral to next nurse sick call | | | | |
| ☐ | Referral to dentist | | | | |
| ☐ | Referral to mental health | | | | |
| ☐ | Other | | | | |
| ☐ | If no referral, why? | | | | |

Detailed disposition or comments: already on list to see Dr.

| Health Care Staff Signature & Title | Date | Time |
|---|---|---|
| [illegible] | 10/31/22 | @ 1705 |

Form# 00098 | Authority: E-07 Effective Date: 3/1/2010 | Revision Date: 3/26/2013; 11/25/2013

Exibit C-9

## PATIENT HEALTH SERVICES REQUEST FORM – WITH CO-PAY

**Name/ Nombre** [illegible] **Date of Birth/ Fecha de Nacimieto** 8-16-86

**Book- in #**_____ **Housing Unit/ Unidad** B POD **Cell Celda #** [illegible]

**Check only one box per slip**

☑ Sick Call : Describe Problem / Especifique el Problema ☐ Dental Treatment / Tratamiento Dental

☐ Mental Health / Tratamiento Mental

I HAD BOILING WATER THROWN IN MY FACE 5 DAYS AGO, I STILL HAVENT HAD THE DOCTOR OR SPECIALIST SEE ME MY EYE IS STILL IN PAIN, TWITCHING RED, AND VISION IS STILL BLURRED MY EYE SHOULD NOT HAVE TO WAIT FOR YOUR DOCTOR TO COME BACK "FROM VACATION" THE EYE DROPS ARE NOT DOING ANYTHING TO HELP YOU ARE NOT QUALIFIED OPTOMITRISTS I CANT SEE OUT OF MY LEFT EYE

*******I understand and agree that a clinic fee may be charged to my account for this visit*******

| Patient Signature / Firma | Date/ Fecha | Time/ Hora | AM/ PM |
|---|---|---|---|
| [signature] | 11-3-22 | 6.30 | PM |

**Health Care Staff Triage**

| | | | | | |
|---|---|---|---|---|---|
| ☐ | Health Care Staff [illegible] | Date 11-3-22 | Time 0715 | [illegible] | |
| ☐ | Referral to provider | | | | |
| ☐ | Urgent, called provider | Date | Time | | See Detailed Disposition |
| ☐ | Next provider sick call | | | | |
| ☐ | Referral to next nurse sick call | | | | |
| ☐ | Referral to dentist | | | | |
| ☐ | Referral to mental health | | | | |
| ☐ | Other | | | | |
| ☐ | If no referral, why? | | | | |

Detailed disposition or comments

I'm not sure who told you Dr was on "Vacation". You are on the Dr's list for Friday 11-4-22 (tomorrow) morning. Dr came in and saw that your eye appeared to have been healing some but today, it looks worse!! Please continue current eye drops.

| Health Care Staff Signature & Title | Date | Time |
|---|---|---|
| [signature] | 11-3-22 | 0745A |



Exibit D-3

**Tazewell County Justice Center**
**Detainee Request Form**

**Name:** Webster Tony L **Date:** 11/2/22 **Pod:** B-pod **Cell:** 34
(Last First M.I.)

*****Instructions*****

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out Only One (1) Request per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

*****Classification Section*****

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

*****Medical*****

( ) Request To See Nurse

*****Administrative Section*****

( ) Request for information
( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
(✓) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**

I need you to save The Video footage in B-pod on 10-30-22 at 11:30 to 12:00 AM. I'm going to need it for the court or the situation unfold Tony Webster and Troy Johston. When Troy Johston walk up to Tony Webster With Hot Hot coffee Thrown in to Tony Face. I need The video Save for The court to see

**Detainees Signature:** Tony Webster **Date:** 11/2/22

*****Staff Response***** FORWARD TO COMMAND. YOU PUT IN A FOIA FOR THIS AND YOU WERE ALREADY DENIED.

**Pod Officer/Staff Signature:** [signature] 11-3-22 **Star #** 6323 **Date:** 11/2/22
**Sergeant/Area Supervisor Signature:** [signature] **Star #** ____ **Date:** 11/2/22

White- Send to Classification | Yellow- Return to Detainee | Pink- Detainee retain after filling out

Exibit D-1

**Tazewell County Justice Center**
**Detainee Request Form**

Name: Webster (Last) Tony (First) L (M.I.) Date: 11/3/22 Pod: B-pod Cell: 34

*****Instructions*****

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out Only One (1) Request per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

*****Classification Section*****

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

*****Medical*****

( ) Request To See Nurse

*****Administrative Section*****

( ) Request for information
( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
(✓) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**

If the doctor is not on vacation then why did I have to wait almost a week to ~~receive~~ be seen after having 200° water thrown in my face and eye. I have been telling the staff that my eye isn't getting better, My eye sight is very important to me

**Detainees Signature:** [signature] **Date:** 11/3/22

*****Staff Response*****

Will forward

placed on Dr sick call list to see next visit - treatment provided immediately after situation.

**Pod Officer/Staff Signature:** [signature] **Star #** 6363 **Date:** 11/3/22
**Sergeant/Area Supervisor Signature:** ______ **Star #** ______ **Date:** / /

White- Send to Classification Yellow- Return to Detainee Pink- Detainee retain after filling out



Exibit D-4

**Tazewell County Justice Center**
**Detainee Request Form**

Name: WEBSTER (Last) TONY (First) (M.I.) **Date:** 11 / 2 / 22 **Pod:** B **Cell:** 34

***Instructions***

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

***Classification Section***

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

***Medical***

( ) Request To See Nurse

***Administrative Section***

( ) Request for information
( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
(✓) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**

I HAD BOILING COFFEE THROWN IN MY FACE 4 DAYS AGO, I HAVE CONTINUED TO WRITE THE MEDICAL STAFF ABOUT MY EYE, THE DROPS ARENT WORKING. THE NURSES ARE TELLING ME I HAVE TO WAIT FOR THE DOCTOR TO COME BACK FROM VACATION. I FEEL THIS CANT ANY LONGER. THE NURSING STAFF IS NOT QUALIFIED TO DIAGNOSE MY EYE. I SHOULD HAVE SEEN A DOCTOR DAY 1 MY VISION IS CRITICAL.

**Detainees Signature:** [signature] **Date:** 11/2/22

***Staff Response*** Will forward

No emergency situation - treatment immediately provided care after incident

**Pod Officer/Staff Signature:** [signature] **Star #** 6306 **Date:** 11 / 2 / 22
**Sergeant/Area Supervisor Signature:** ______ **Star #** ______ **Date:** __/__/__

White- Send to Classification Yellow- Return to Detainee Pink- Detainee retain after filling out

Exibit E-1 (2 pg)

| Incident #: 2022-01068 | Shift: First Shift |
|---|---|
| Reporting Officer: BAUER, JUSTIN (6406) | Report Date/Time: 10/30/2022 13:02:15 |
| DOW: Sunday Post: | Facility: TAZ CTY DETENT FAC |
| Location Code: B-POD | Location Desc: BPOD DAY ROOM |

**Reviewed By:** (0)

**Incident Description:** Disciplinary

**Additional Action:**

**Inmates Involved**

| Name Code | Booking # | Name | Location | No. Viol |
|---|---|---|---|---|
| | 44738 | Troy L Johnson | TCDF, DPOD, DPOD, 18 | 16 |
| | 38765 | Tony L Webster | TCDF, MED, M01, 01 | 0 |

**Incident Description:**

On October 30, 2022 at approximately 1137 I C/O Bauer while working my assigned post as B-pod officer I witnessed the following. As I was talking to Detainee Benjamin Leeman at the officers desk. I heard get away from me in a loud tone. I immediately shifted my attention to the dayroom where I saw Detainees Tony Webster and Troy Johnson starting to argue. They were both in each other faces yelling. I immediately told them to separate. I then ordered the pod to lock back now in a loud toned voice. As the pod was starting to lock back and I was making my way to Webster and Johnson they started fighting. I radioed "fight in B-Pod." I ordered them separate now or they will be sprayed as I pointed the pepper spray at them. Johnson fell and rolled onto his back and Webster immediately put his hands up and said "I`m done" and laid face down on the floor. They both stayed on the floor till assistance arrived. C/Os VonDerHeide, Randle, and Clark arrived. I put my spray away and handed my cuffs to VonDerHiede. She instructed Webster to stand and place his hands behind his back. He did as instructed. She placed cuffs on Webster checking for double fit and double locked them. He was escorted to medical because it was discovered he had hot coffee chucked at his face. Nurse Hannah checked him out and he was deemed he was okay. She later told me the doctor ordered eye drops for him Randle cuffed Johnson checking for proper fit. I assisted Randle with helping Johnson to his feet. Once on his feet I saw blood on his face and told him I will get the nurse to check him out. Randle then double locked the cuffs and he was escorted to D-18. Nurse Hannah informed me he had some superficial cuts on his face and will probably have a black eye.

I talked to Johnson and asked what happed. He told me that Webster bullied him in the microwave room and he went up to talk to Webster like a man and Webster want to fight him. I talked to Webster about the incident. He told me that he was sitting at the table when Johnson approached him. Webster told him to go away 3 times and Johnson wouldn`t. He said he got up and told him to step away and he didn`t. Webster stated that he even sat back down.

| Disposition: | Disposition Date: |
|---|---|
| Shift Commander: KIRK, MICHAEL J (6395) | Date: 10/31/2022 |



Johnson still didn`t back down. And they started to argue. Soon after he claims Johnson threw his coffee in his face and that`s when the fight started.

Upon reviewing the video I witnessed Webster approach the microwave room while Johnson was in there. I saw Johnson using the warm water in the sink to warm his hands up. Johnson does this throughout the day and I was aware of it. I told him to be considerate while doing this. I saw Webster implied he wanted to use the room. I saw no aggressiveness in his body action while doing this. Soon Johnson comes out and Webster goes in and gets hot water for his coffee. While Webster is performing this action I could tell Johnson was irritated and talking to Webster while he was getting his water for the coffee. Webster leaves the room and goes to sit in the dayroom at the table in front of B-16. Johnson then re-enters the room and continues to warm up his hands for a few more moments. He exited the room and goes to talk to some detainees in the day room. After a few moments he walks up to Webster and says something Webster appears to try and shoo him off as in telling him to go away. Johnson continues to talk to Webster appearing agitated. Webster then stands up and points at him and attempts to sit back down. Johnson then continues to talk to Webster and starts to tense up. Webster stands back up and they get in each other`s faces and start arguing. Johnson has a cup of coffee in his hand and whips it in Webster`s face. Webster started throwing punches with closed fists. After a few hits to Johnson`s head Johnson appears stunned and lying on floor the fight is over.

The following contraband was found in Johnson`s property
Garbage
Items under the mattress
2 unfilled out request forms
2 cardboard backs for pads of paper (no paper)
2 unfilled out medical request
Ripped book covers
Handmade braided rope (claim make picture frames with it comes from laundry bag strings.
Extra shampoo
Stack of paper towels
Extra roll of paper towel
Extra cup
Extra toothpaste
Toothpaste shower head
Coffee (indigent)
6 photo copies of GED pages (drawn on)
[10/30/2022 16:20, JBAUER, 4680, TCSO]

| **Disposition:** | **Disposition Date:** |
|---|---|
| **Shift Commander:** KIRK, MICHAEL J (6395) | **Date:** 10/31/2022 |

User: 6395, **TAZEWELL COUNTY SHERIFF'S OFFICE** 11/04/2022 00:29

**Jail Incident Supplement**

| Incident #: 202201068 | Date/Time: 10/30/2022 11:37 | Shift: First Shift | Sys #: 8966 |
|---|---|---|---|
| **Reporting Officer:** VONDERHEIDE, SARA G | | **Report Date/Time:** 10/30/2022 14:46:15 | |
| **Supervisor Review:** KIRK, MICHAEL J (6395) | | **Review Date/Time:** 10/31/2022 02:44:31 | |
| **Supplement Type:** SUPPLEMENT | | | |

**Supplement Information:**

On October 30, 2022 I, CO VonDerHeide, was working Classification. Around 1136 I heard CO Bauer radio he had a fight in B-Pod. I left the Classification Office and entered B-Pod with CO Randle. CO Bauer had his spray pulled and I asked his if he had used it. He stated he had not. I came around the desk and saw Detainees Tony Webster and Troy Johnson lying on the floor away from each other. CO Bauer handed me his cuffs and I instructed Detainee Webster to get up and put his hands behind his back. He complied. I cuffed him and escorted from B-Pod. He appeared to be out of breath. His uniform was wet as if it had been splashed with water and and I asked him why his clothes were wet. He stated he had coffee thrown on him. As I was escorting him out of B-Pod JOS Harper was coming in. Detainee Webster asked if he could go downstairs and at that time I noticed his left eye and the area near it were pink. I asked him if his face was okay? He then stated he had hot coffee thrown on him. I passed this information on to JOS Harper and he and CO Clark escorted Detainee Webster down to see Nurse Hannah.
[10/30/2022 14:46, 6375, 663, TCSO]

Exibit E-2

| **Shift Commander:** | **Date:** |
|---|---|

Exibit F

# TAZEWELL COUNTY SHERIFF'S OFFICE

*SHERIFF JEFFREY LOWER*

101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554

11/1/2022

Dear Tony Webster,

Your request dated 10/31/2022 and received by the Tazewell County Sheriff's Office on 11/1/2022 is hereby denied. The record(s) you requested are exempt from disclosure under Section 7_of the Illinois Freedom of Information Act, 5 ILCS 140/7, because:

B-pod video footage.

Sec. 7. Exemptions

(e) Records that relate to or affect the security of correctional institutions and detention facilities.

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General. 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Carney
FOIA Officer

**Tazewell County Justice Center**
**Detainee Request Form**

**Name:** Webster Tony L **Date:** 11/2/22 **Pod:** B-pod **Cell:** 34
(Last First M.I.)

*****Instructions*****

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out <u>Only One (1) Request</u> per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

*****Classification Section*****

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

*****Medical*****

( ) Request To See Nurse

*****Administrative Section*****

( ) Request for information
  ( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
  ( ) Appeal of Grievance
( ) Request To Go To Law Library
( ) Other

**Area below narrative for above request-Use space below and attach paper if necessary:**

I need To Know How HoT the water is that Comes out of the bun HoT Pot. I need it For my Records and for the Court to see How hot the water was that was thrown in my face

**Detainees Signature:** [signature] **Date:** 11/2/22

*****Staff Response***** Will forward

We do not have this information. You can contact the Bunn Corporation
5020 Ash Grove Drive
Springfield, IL 62711-6329

**Pod Officer/Staff Signature:** [signature] **Star #** 6306 **Date:** 11/2/22
**Sergeant/Area Supervisor Signature:** [signature] **Star #** 6366 **Date:** 11/13/22

**White- Send to Classification** **Yellow- Return to Detainee** **Pink- Detainee retain after filling out**



Exibit J-1

# TAZEWELL COUNTY SHERIFF'S OFFICE

***SHERIFF JEFFREY LOWER***

**101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554**

11/14/2022

Dear Tony Webster,

Your request dated __11/11/22______ and received by the Tazewell County Sheriff's Office on ___11/11/22_______ is hereby denied. You requested "C/O Carrey body camera on 11-4-22 11:15 to 12:00. When I was talking to "carey" in the hallway about my eye I need Help. I was begging to look in my eye because The Doctor wouldn't look in my eye I knew I had a Piece Plastic in it I Need Help. "evidence for the cour"t to see". You requested this on 11/4/22 and were denied on 11/7/22 due to the document not existing.

*5 ILCS 140-3 (g) Repeated requests from the same person for the same records that are unchanged or identical to records previously provided or properly denied under this Act shall be deemed unduly burdensome under this provision.*

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer



Exhibit J-1

# TAZEWELL COUNTY SHERIFF'S OFFICE

*SHERIFF JEFFREY LOWER*

101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554

11/07/2022

Dear Tony Webster,

Your request dated __11/04/22_______ and received by the Tazewell County Sheriff's Office on ___11/04/22_______ is hereby denied. You requested "I need the body camera on 11-4-22 at 11:15 to 12:00 when I was talking to "carey" in the hallway about my eye I need help I need you to copy it for the court." Your requested paper copies. After a review of our system the record(s) you requested do not exist.

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer


Exibit J-2

**Tazewell County Justice Center**
**Detainee Request Form**

SA —

Name: Webster Tony L (Last First M.I.) Date: 11 / 5 / 22 Pod: [redacted] Cell: 8

***Instructions***

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

Pending lawsuit on medical
The cams do Not lie!
Negligence and deliberate Indifference Doctor and Nurse

***Classification Section***

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

***Medical***

( ) Request To See Nurse

***Administrative Section***

( ) Request for information
( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
(X) Other

"evidence for The court"
Save footage body cam and Voice footage officer Carney

**Area below narrative for above request-Use space below and attach paper if necessary:**

Then I would also like officer Carney body cam Video and Voice footage on 11-4-22 at 11:30am to 12:00 sh when I was in The Hallway Just life medical These officer cams Show That I had to beg officer Carney for Help because The Nurse and Doctor did Not want to help. I want all These on a DVD disc so when I Take all This to Court They can See what happen I have Those to Show to The Court and All of That Stuff is There and Does Not go away Doctor and Nurse was Not Help me because I have a lawsuit on Them

Detainees Signature: Tony Webster Date: 11 / 5 / 22

***Staff Response***

Will forward
Answered on 11-7-22 FOIA

Pod Officer/Staff Signature: [signature] Star # 6404 Date: 11 / 8 / 22
Sergeant/Area Supervisor Signature: D. Stalay Star # 1021 Date: 11 / 8 / 22

White- Send to Classification Yellow- Return to Detainee Pink- Detainee retain after filling out



# TAZEWELL COUNTY SHERIFF'S OFFICE

***SHERIFF JEFFREY LOWER***

**101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554**

11/14/2022

Dear Tony Webster,

Your request dated __11/11/22_______ and received by the Tazewell County Sheriff's Office on ___11/11/22_______ is hereby denied. You requested "When I was in medical I need C/O bauer body camera 11-4-22 11:00 to 11:45am" and "When I was in medical talking to doctor it will show you me begging for help and the doctor talking shit to me it will show "negligence" I want the court to see it "evidence for the court" to see. You requested this on 11/4/22 and were denied on 11/7/22 due to the document not existing.

*5 ILCS 140-3 (g) Repeated requests from the same person for the same records that are unchanged or identical to records previously provided or properly denied under this Act shall be deemed unduly burdensome under this provision.*

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer



exibit J.3

TAZEWELL COUNTY
SHERIFF'S OFFICE

*SHERIFF JEFFREY LOWER*

101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554

11/07/2022

Dear Tony Webster,

Your request dated __11/04/22______ and received by the Tazewell County Sheriff's Office on ___11/04/22_______ is hereby denied. You requested "I need the body camera on 11-4-22 at 11:00 to 11:45am when I was in medical Talk to The Doctor. It will show you me asking for Help Doctor Talk shift to me C/O Bauer Body Camera." You requested paper copies. After a review of our system the record(s) you requested do not exist.

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer

Exhibit J-4

**Tazewell County Justice Center**
**Detainee Request Form**

Shu

Name: Webster Terry L (Last First M.I.) Date: 11/5/22 Pod: [redacted] Cell: 8

***Instructions***

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out **Only One (1) Request** per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

Pending lawsuit on medical

The care do not lie! Negligence and deliberate Indifference Doctor and Nurse

***Classification Section***

- ( ) Request For Tender Status
- ( ) Request For Reclassification
- ( ) Request To See Classification-Officer
- ( ) Problems With Other Detainees
- ( ) Appeal Of Disciplinary

***Medical***

- ( ) Request To See Nurse

***Administrative Section***

- ( ) Request for information
  - ( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
- ( ) Request for Special Visit
- ( ) Laundry
- ( ) Property
- ( ) Food Service Section
- ( ) Commissary Section
- ( ) Complaint About Treatment/Grievances
  - ( ) Appeal of Grievance
- ( ) Request To Go To Law Library
- (X) Other

"evidence for The court"
Save footage body cam and voice footage — office Bauers

**Area below narrative for above request-Use space below and attach paper if necessary:**

I need The body Cam on 11-4-22 for evidence Fed case Civil Suit office Bauers body cam footage from 11:00 to 11:30AM when I was over in Medical all footage for the court. I had a Piece of Plastic in my eye. today and officer Bauers body cam Shows everything That Happened (Nurses and Doctor Not want to help me They where Talking down to me, it Shows Negligence and deliberate Indifference The court will want to see it That is why Im Tell you to save The footage I do Not want the footage to go way it is evidence I Need for the court it is my right

**Detainees Signature:** [signature] **Date:** 11/5/22

***Staff Response***

Will forward

ANSWERED ON 11-7-22 FOIA

**Pod Officer/Staff Signature:** [signature] **Star #** 6404 **Date:** 11/5/22
**Sergeant/Area Supervisor Signature:** [signature] **Star #** 6311 **Date:** 11/8/22

**White- Send to Classification** **Yellow- Return to Detainee** **Pink- Detainee retain after filling out**



# TAZEWELL COUNTY
# SHERIFF'S OFFICE

***SHERIFF JEFFREY LOWER***

**101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554**

11/14/2022

Dear Tony Webster,

Your request dated __11/11/22_______ and received by the Tazewell County Sheriff's Office on ___11/11/22_______ is hereby denied. You requested "C/O Nizea body camera on 11-4-22 11:15 to 12:00. When I was talking to carey in the Hallway about my eye I need Help. I was begging carrey to look becaus The Doctor and nurse would not Help me at all The court will wat it for "evidence for the court to see". You requested this on 11/4/22 and were denied on 11/7/22 due to the document not existing.

*5 ILCS 140-3 (g) Repeated requests from the same person for the same records that are unchanged or identical to records previously provided or properly denied under this Act shall be deemed unduly burdensome under this provision.*

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer



Exibit J-5

# TAZEWELL COUNTY SHERIFF'S OFFICE

*SHERIFF JEFFREY LOWER*

101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554

11/07/2022

Dear Tony Webster,

Your request dated __11/04/22_______ and received by the Tazewell County Sheriff's Office on ___11/04/22_______ is hereby denied. You requested "I need the body camera on 11-4-22 at 11:15 to 12:00 when I was talking to carey in the hallway about my eye I need help C/O Nizea Body Camera." Your requested paper copies. After a review of our system the record(s) you requested do not exist.

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Cara Smith, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us, or, alternatively, you may seek judicial review of this decision by filing a lawsuit on the Tenth Judicial Circuit Court of Tazewell County, pursuant to §11 of the Act.

Sincerely,

JOS Hoffman
FOIA Officer

Exibit J-U

**Tazewell County Justice Center**
**Detainee Request Form**

Name: Webster Tony L (Last First M.I.) Date: 11/5/22 Pod: Shu Cell: 8

*****Instructions*****

1. Print all information.
2. Provide as much information as possible, fill out the narrative section.
3. Check the ( ) item you are requesting for information.
4. Fill out Only One (1) Request per form.
5. Submit the white and yellow copy of the request form, keep the pink copy.

Pending lawsuit on Medical

The came do not lie! negligene and deliberate Indifference Doctor and Nurse

*****Classification Section*****

( ) Request For Tender Status
( ) Request For Reclassification
( ) Request To See Classification-Officer
( ) Problems With Other Detainees
( ) Appeal Of Disciplinary

*****Medical*****

( ) Request To See Nurse

*****Administrative Section*****

( ) Request for information
( ) Court Date ( ) Writs ( ) Holds ( ) Mail ( ) Detainee Account Balance
( ) Request for Special Visit
( ) Laundry
( ) Property
( ) Food Service Section
( ) Commissary Section
( ) Complaint About Treatment/Grievances
( ) Appeal of Grievance
( ) Request To Go To Law Library
(X) Other

"evidence for the court" Save footage body cam and voice footage officer Nizzas

Area below narrative for above request-Use space below and attach paper if necessary:

Then I Would also like officer Nizzas Body cam Video and voice footage Save for The Court on 11-4-22 at 11:30 AM to 12:00 me [redacted] in Talking to Carney asking for Help I Stop her and ask her to look in my eye beg her to look I got on My Knee Tell C/O Nizzas and Carney look They see The Plastic in my eye Carney Tell me to get up and we are go to Medical right Now that is when I got Help me beg The Doctor and Nurse was not Help Me because I have a lawsuit on Them

Detainees Signature: Tony Webster Date: 11/5/22

*****Staff Response*****

will forward

ANSWERED ON 11-7-22 FOIA

Pod Officer/Staff Signature: [signature] Star # 6404 Date: 11/5/22
Sergeant/Area Supervisor Signature: [signature] Star # 6214 Date: 11/8/22

White- Send to Classification Yellow- Return to Detainee Pink- Detainee retain after filling out



Exibit J-7

# TAZEWELL COUNTY SHERIFF'S OFFICE

***SHERIFF JEFFREY LOWER***

**101 SOUTH CAPITOL ST., PEKIN ILLINOIS 61554**

Date: 11-08-2022

Tony Webster
101 S. Capitol St. Pekin, IL 61554

Tony Webster,

Thank you for writing to the Tazewell County Sheriff's Office with your request for information pursuant to the Illinois Freedom of Information Act, 5 ILCS 140/1 et seq.

On November 07, 2022, you requested the following documents:

"I want the video in the medical camera. When I was in medical the state time to the state to the end when I walked out. I want video for the court I want you to save if for the court. They will want to see them the camera do not lie. The date I need save is 11-4-22 at 11:00 am to 11:30 am."

"I want the video camera in the hallway talking to Officer Carney. I want the video in the hallway talking to Officer Carney and C/O Nizzia by the down stair office by the laundry room at 11-04-22 at 11:25 am to 12:00 pm I want it saved for the court to see and body camera as well. The court will want to see them."

Your request is hereby denied. Please reference the FOIA exemptions below.

- Exemption 7(1)(e) (5 ILCS 140/7(1)(e) (West 2010), as amended by Public Acts 97-333, effective August 12, 2011; 97-385, effective August 15, 2011; 97-452, effective August 19, 2011), allows a public body to withhold "records that relate to or affect the security of correctional institutions and detention facilities."
- Certain records in the Illinois Department of Corrections' Asbestos, Report Plan, such as the building inventory form, site plans, floor plans and diagrams of the facility, were exempt from disclosure under section 7(1)(e). See issued 2010 PAC 6652 (Ill. Att'y Gen.PAC Req. Rev. Ltr. 6652, July 16, 2012).

If you believe this interpretation of the law is incorrect, you may, in accordance with Section 9 of the Illinois Freedom of Information Act, 5 ILCS 140/9, seek review of this decision by the Public Access Counselor Sarah Pratt, Office of the Attorney General, 500 South 2nd Street, Springfield, IL, 62706, FAX: 217-782-1346, email: publicaccess@atg.state.il.us.

Sincerely,

JOS M. Kirk
M. Kirk
FOIA Officer