FILED
NOV 21 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT
### for the
### Central District of Illinois

Tony Webster
Plaintiff(s)

vs.

Doctor Georgi, et. al.,
Defendant(s)

Case Number: _____

## MOTION TO REQUEST COUNSEL

1. I, Tony Webster, declare that I am (check one) ☒ Plaintiff ☐ Defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and I request that the Court assist me in seeking volunteer counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have contacted the following attorneys/organizations seeking representation in this case: **(This item must be completed, and you should attach documentation showing that you have asked several attorneys to represent you in this case.)**

3. In further support of my motion, I declare that (check appropriate box):

    ☒ I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    ☒ I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

    ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

4.  (continued)

    ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5.  In further support of my motion, I declare that my highest level of education is (check one):

    ☐ Grammar school only   ☒ Some high school   ☐ High School graduate

    ☐ Some college   ☐ College graduate   ☐ Post-graduate

6.  (Check only if applicable): ☒ In further support of my motion, I declare that my ability to speak, write, and/or read English is limited, because English is not my primary language or because (explain reason): I can not read or write very well... I can understand most basics

7.  I declare under penalty of perjury that the foregoing is true and correct.

Date: 11-10-22

_____
Movant's Signature

101 S. capitol
Street Address

Pekin, IL, 61554
City/State/Zip

**Failure to complete all items in this form may result in the denial of this motion.**