

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

**OFFICE OF THE CLERK**
TEL: 217.492.4020
FAX: 217.492.4028

**November 21, 2022**

Tazewell County Justice Center
Attn: Trust Fund Office
Re: Webster v. Georsi et al
Case No.: 22-1403

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Tony Webster**. In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint. Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr**. Tony Webster's trust fund ledgers for the period **of May 1, 2022 through November 21, 2022**, within fourteen days of the date of this letter. Please mail or fax the trust fund ledgers to:

United States District Court
Central District of Illinois
201 S. Vine Street
Urbana, IL 61802
FAX: 217-373-5834

Please refer to the above referenced case number when submitting the trust fund ledgers. Thank you.

Sincerely,
s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

cc: Inmate

Peoria Division
100 N.E. Monroe St.
Room 305
Peoria, IL 61602
309.671.7117

Urbana Division
201 S. Vine St.
Room 218
Urbana, IL 61802
217.373.5830

Springfield Division
600 E. Monroe St.
Room 151
Springfield, IL 62701
217.492.4020

Rock Island Division
322 16th Street
Suite 200A
Rock Island, IL 61201
309.793.5778